UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PENSION FUND, ET AL : | |
|     Plaintiffs, : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 3:09-cv-01233(JCH) |
| LATEC LLC, ET AL : | |
|     Defendants. : | JANUARY 29, 2010 |

### ORDER TO SHOW CAUSE

Plaintiff, PENSION FUND, ET AL, is hereby ordered to show cause why the court should not dismiss this case for failure to prosecute and failure to file motion for default for failure to appear. Plaintiff should file a response by **February 19, 2010.** Failure to respond by said date will result in the dismissal of this case.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 29th day of January, 2010.

                                              /s/ Janet C. Hall
                                            Janet C. Hall
                                            United States District Judge