UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PENSION FUND, ET AL
Plaintiffs,

v.  :  CIVIL ACTION NO.
    :  3:09-cv-01233 (JCH)

LATEC LLC, ET AL
Defendants.  :  FEBRUARY 10, 2010

## PLAINTIFFS' REPLY TO ORDER TO SHOW CAUSE

Pursuant to the Court's order dated January 29, 2010 to show cause why the above-captioned matter should not be dismissed, plaintiffs hereby submit the following reply. The Plaintiffs respectfully request that the Court:

(a) Not dismiss the action against Defendant Latec, LLC (hereinafter "Latec");

(b) Dismiss the action as to the Defendant Andrew DeBeatham (hereinafter "Mr. DeBeatham"); and

(c) Grant the Plaintiffs leave to amend their complaint to remove Mr. DeBeatham from the action and to update the claim against Latec.

Latec has attempted to pay its delinquent contributions by several alternative means. However, Latec remains delinquent to the Plaintiff Funds for an estimated *$90,000.00*.

With Latec's cooperation, Plaintiff's counsel is in the process of obtaining fully-executed joint payment agreements from nine (9) general contractors who have employed Latec as a subcontractor on public jobs. At the present time, Plaintiffs'

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

counsel has received four (4) completed agreements and the Plaintiff's have received two (2) payments of approximately *$21,000.00* toward the Defendant's delinquencies. These agreements will reduce the Company's delinquencies, but they will not completely eliminate them. Plaintiffs respectfully request that the Court not dismiss the action against Defendant Latec, because its delinquencies have not been fully paid although as a result of the suit, there is progress toward that end.

In addition, Plaintiffs have been unable to effectively serve Defendant Mr. DeBeatham, in his individual capacity. Plaintiffs hereby request that the Court grant the Plaintiffs leave to amend their complaint pursuant to Fed. R. Civ. P. 15(a)(2) to remove Mr. DeBeatham from the action.

It is anticipated that by May 1, 2010, plaintiffs will have received all nine (9) agreements and partial payment of the Company's delinquencies. However, additional delinquencies will remain that can not be resolved by joint check agreements.

THE PLAINTIFFS

Respectfully submitted,

GREGORY S. CAMPORA, ESQ.
ROBERT M. CHEVERIE &
ASSOCIATES, P.C.
333 East River Drive, Suite 101
East Hartford, CT 06108
Fed Bar # ct 23775
THEIR ATTORNEY

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Reply to the Court's Order to Show Cause has been filed electronically and served by mail on anyone unable to accept electronic filing (as listed below) this 10th day of February, 2010. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

LATEC, LLC
P.O. Box 4463
Hartford, CT 06147

Andrew DeBeatham
P.O. Box 4463
Hartford, CT 06147

                                              GREGORY S. CAMPORA, ESQ.