UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL NO. 90 PENSION FUND; TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL NO. 90 BENEFIT FUND; TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL NO. 90 ANNUITY FUND; TRUSTEES OF THE JOINT APPRENTICESHIP AND TRAINING COMMITTEE;  TRUSTEES OF THE NATIONAL LABOR MANAGEMENT COOPERATION FUND; TRUSTEES OF THE CONNECTICUT CHAPTER OF THE LABOR MANAGEMENT COOPERATION COMMITTEE; THE CONNECTICUT CHAPTER OF THE NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION and INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 90 | Civil Action No.<br><br>3:09-cv-1233 (JCH) |
| Plaintiffs | May 17, 2010 |
| VS. | |
| LATEC, LLC | |
| Defendants | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, the

Plaintiff in the above-captioned civil action hereby requests that the complaint be

voluntarily dismissed without prejudice and without costs.

ROBERT M. CHEVERIE & ASSOCIATES, P.C.
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT  06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

FOR THE PLAINTIFFS,


_____

Gregory S. Campora, Esq.
ROBERT M. CHEVERIE &
ASSOCIATES, P.C.
333 East River Drive, Suite 101
East Hartford, CT  06108-4203
Tele. No.:  (860) 290-9610
Fed. Bar # ct 23775

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
COMMERCE CENTER ONE  •  333 EAST RIVER DRIVE  •  SUITE 101  •  EAST HARTFORD, CT  06108  •  (860) 290-9610  •  FAX (860) 290-9611  •  JURIS NO. 405719

## CERTIFICATION

I hereby certify that, on May 17, 2010, a copy of the foregoing Notice of Voluntary Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing (as listed below).  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.  Parties may access this filing through the court's CM/ECF System.

LATEC, LLC
42-R Nelson Street
East Hartford, CT  06108

_____
GREGORY S. CAMPORA, ESQ.

s:\gsc\ibew local 90 trust funds-collections\latec, inc. (ibew 90 tf)\2010\pld\notice of voluntary dismissal 100409.doc

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT  06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719